IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-01136-REB-KMT

KAREN ASKINS,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal With Prejudice** [#13] filed September 9, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal With Prejudice** [#13] filed September 9, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for July 15, 2011, is **VACATED**;

3. That the jury trial set to commence August 1, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 10, 2010, at Denver, Colorado.

                                          BY THE COURT:

                                          /s/ Robert E. Blackburn
                                          Robert E. Blackburn
                                          United States District Judge